DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Coffin<br><br>Case below:<br>171 N.C. App. 515 | No. 405P05 | 1. AG's Motion for Temporary Stay (COA04-425) | 1. Allowed<br>**359 N.C. 854**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 152 |
| State v. Conner<br><br>Case below:<br>Gates County<br>Superior Court | No. 219A91-5 | AG's Motion to Vacate Stay of Execution (Gates County Superior Court) | Allowed<br>12/14/06 |
| State v. Corey<br><br>Case below:<br>173 N.C. App. 444 | No. 539P05 | 1. AG's Motion for Temporary Stay (COA04-736) | 1. Allowed<br>**360 N.C. 68** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>12/19/06 |
| | | 4. Def's Motion to Dissolve Stay | 4. Dismissed as Moot<br>12/19/06 |
| State v. Cornett<br><br>Case below:<br>177 N.C. App. 452 | No. 304P06 | 1. Def's NOA Based Upon A Constitutional Question (COA05-722) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>12/14/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| State v. Cummings<br><br>Case below:<br>174 N.C. App. 772 | No. 014P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-188) | Denied<br>12/19/06 |
| State v. Cupid<br><br>Case below:<br>173 N.C. App. 448 | No. 560P05 | 1. AG's Motion for Temporary Stay (COA04-137) | 1. Allowed<br>**360 N.C. 69** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>12/19/06 |
| | | 4. Def's Conditional PDR | 4. Denied<br>12/19/06 |